In the Matter of RONALD RABASCO, Appellant, v STACEY LAMAR, Respondent. (And Two Other Proceedings.)

Submitted July 22, 2013; decided September 3, 2013

Motion for leave to appeal denied. Motion for a stay dismissed as academic.

MANUEL REIS, Respondent-Appellant, v VOLVO CARS OF NORTH AMERICA et al., Appellants-Respondents. (And a Third-Party Action.)

Submitted July 1, 2013; decided September 3, 2013

Motion to dismiss appeal taken by respondent-appellant Manuel Reis granted and that appeal dismissed, with $400 costs and $100 cost of motion, upon the ground that the two-Justice dissent at the Appellate Division is not on a question of law in favor of respondent-appellant (see CPLR 5601 [a]).

Judge ABDUS-SALAAM taking no part.

In the Matter of MICHAEL SACKS et al., Appellants, v TAX APPEALS TRIBUNAL OF THE STATE OF NEW YORK et al., Respondents.

Submitted July 22, 2013; decided September 3, 2013

Motion for reargument of motion for leave to appeal denied [see 21 NY3d 857 (2013)].

Judge ABDUS-SALAAM taking no part.